*Decisions on Petitions for Writs of Certiorari from February 24, to June 1, 1909.*

No. 720. BERNARR MACFADDEN, PETITIONER, v. THE UNITED STATES. March 1, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Henry M. Earle* for petitioner. *The Solicitor General* for respondent.

---

No. 730. THE UNITED STATES, PETITIONER, v. DANIEL J. RIMER ET AL. March 1, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *The Attorney General* and *The Solicitor General* for petitioner. No appearance for respondent.

---

No. 731. GRAND TRUNK WESTERN RAILWAY COMPANY, PETITIONER, v. JOHN F. DEVINE, ADMINISTRATOR, ETC. March 8, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George W. Kretzinger* for petitioner. *Mr. Edward Maher* for respondent.

---

No. 733. LAWRENCE JOHNSON & CO., PETITIONERS, v. THE UNITED STATES. March 8, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Howard T. Walden* and *Mr. Henry J. Webster* for petitioners. *The Solicitor General* for respondent.